**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| 2ENTWINE, LLC<br>Plaintiff<br><br>v.<br><br>JABBER, INC.,<br>Defendant | 05 422 ML<br>C.A. No. |

## COMPLAINT

### Parties

1. Plaintiff, 2Entwine, LLC, is a Delaware limited liability company with a principal place of business at 22 Hazard Avenue, Providence, Rhode Island.

2. Defendant, Jabber, Inc., is a Delaware corporation with a principal place of business at 1899 Wynkoop Street, Suite 600, Denver, Colorado.

### Jurisdiction

3. This court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332.

### Facts

4. On or about March 22, 2005, the parties entered into that certain Software License Agreement ("Agreement").

5. Pursuant to the Agreement, Plaintiff agreed to grant certain rights and provide certain professional services to Defendant in exchange for certain payments.

6. Pursuant to the Agreement, Plaintiff granted such rights and provided various professional services.

7. Pursuant to the Agreement, Plaintiff invoiced Defendant on numerous occasions and Defendant made numerous payments to Plaintiff.

8. In August, 2005, Defendant was sent Invoice Nos. 14 and 15 from Plaintiff in the amounts of $43,925 and $36,500, respectively. The said invoices were due to be paid on September 10 and 14, respectively.

9. Defendant refused to pay these invoices.

10. On September 16, Plaintiff sent notice to Defendant that its said failure to pay for the services provided constituted a breach of the Agreement which breach, if not cured in accordance with the terms of the Agreement, would result in termination of the Agreement and all rights granted to Defendant pursuant thereto. Said notice was sent by registered mail in accordance with Section 20 of the Agreement.

11. Despite demand, Defendant continues to refuse to remit the sums due pursuant to the Agreement and said invoices.

12. In addition, Defendant is indebted to Plaintiff in the sum of approximately $10,000 for services rendered, invoiced and unpaid pursuant to the Agreement. In addition, Plaintiff has provided additional services and invoiced the Defendant in the amount of approximately $61,000, the payment for which is due October 15, 2005.

13. Despite demand and based upon the forgoing it is expected that Defendant will continue to refuse to pay for any of the said amounts. As of October 15, 2005, the total amount owed and unpaid will be approximately $150,000.

## COUNT ONE
**Breach of Contract**

14. Plaintiff repeats and realleges the allegations contained in all prior paragraphs as if each were fully set forth herein.

15. The Agreement constitutes a valid and binding contract between the parties.

16. Plaintiff has performed all of its obligations in accordance with the terms of the Agreement.

17. Defendant's refusal to remit the sums due pursuant to the said invoices for the services rendered constitutes a breach of the Agreement.

18. As a result of Defendant's breach, Plaintiff has been damaged and will continue to be damaged in amounts sufficient to incur jurisdiction upon this court.

WHEREFORE, Plaintiff seeks judgment against Defendant in all amounts to be proven at trial, plus interest and costs, plus attorneys' fees pursuant to R.I. Gen. Laws § 9-1-45, and for such other relief as this court deems just and fair.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.**

2ENTWINE, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

821551_1/999998-999998