# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| 2ENTWINE, LLC,<br>Plaintiff<br><br>v.<br><br>JABBER, INC.,<br>Defendant | C.A. No. 05-422 ML |

## AFFIDAVIT OF COMPLETED SERVICE OF PROCESS

Now comes Michael A. Gamboli, attorney for the Plaintiff in the above-captioned matter, and being duly sworn, states as follows:

1. That I caused a copy of the First Amended Complaint and Summons to be mailed to the Registered Agent of Defendant, Jabber, Inc., at 1899 Wynkoop, Ste. 600, Denver, CO 80202, by Certified Mail, Return Receipt Requested. A copy of the Summons was forwarded therewith, the original of which is attached hereto as Exhibit A.

2. That the true and accurate return receipt signed on October 21, 2005, is attached hereto as Exhibit B.

3. That by virtue of the above, service of process has been properly completed against Defendant Jabber, Inc. in this action.

Michael A. Gamboli (# 4684)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, Rhode Island 02903
(401) 861-8200
(401) 861-8210 (FAX)

STATE OF RHODE ISLAND
COUNTY OF PROVIDENCE

Subscribed and sworn to before me personally this 25th day of October, 2005.

Notary Public 50810
My commission expires: 12/26/06

824218_1/4883-2