# United States District Court

DISTRICT OF RHODE ISLAND

2ENTWINE, LLC,
Plaintiff

v.

JABBER, INC.,
Defendant

## SUMMONS IN A CIVIL ACTION

CASE [redacted] 05 422ML

TO: (Name and Address of Defendant)

Mr. Stuart Lucko
Registered Agent
Jabber, Inc.
1899 Wynkoop, Ste. 600
Denver, CO 80202

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Michael A. Gamboli (#4684)
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903

an answer to the first amended complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 10-7-05

BY DEPUTY CLERK