UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| 2ENTWINE, LLC<br><br>Plaintiff,<br><br>v.<br><br>JABBER, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 05-422-ML |

**STIPULATION**

The undersigned parties hereby stipulate and agree that Defendant Jabber, Inc. shall have up to and including November 29, 2005 within which to answer, plead or otherwise respond to Plaintiff's Complaint in the above-captioned action.

2ENTWINE, LLC

By its Attorney,

Michael A. Gamboli (#4684)
PARTRIDGE SNOW & HAHN LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 (Fax)

JABBER, INC.

By its Attorneys,

Stephen M. Prignano (#3649)
Raymond M. Ripple (#6489)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
(401) 274-9200
(401) 276-6611 (Fax)

Enter: Mary M. Lisi
USDJ 11/10/05