UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

2ENTWINE, LLC
Plaintiff(s)

v. C.A. No. 05-422 ML

JABBER, INC.
Defendant(s)

MOTION FOR ENTRY OF APPEARANCE
PRO HAC VICE

Defendant JABBER, INC. hereby moves that CRAIG D. JOYCE be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

- ☑ The case involves the following complex area of the law, in which pro hac vice counsel specializes: SOFTWARE DEVELOPMENT CONTRACTS AND LICENSING AGREEMENTS.
- ☑ Pro hac vice counsel's long-standing representation of the client: EXCLUSIVE REPRESENTATION SINCE FEBRUARY 2005
- ☐ The local trial bar lacks experience in the field of: ______
- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______
- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______
- ☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.
- ☐ Other: ______

DATED: 11/08/2005

Defendant
By: [signature]
Attorney for Defendant
JABBER, INC.

# ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION

(1) I certify that I am a member in good standing of the bar of the State(s) of COLORADO and the following federal district court bar(s) TENTH CIRCUIT AND DISTRICT OF COLUMBIA, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district:

_______________

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it relates to the participation and responsibilities of local associate counsel.

| | |
|---|---|
| Name CRAIG D. JOYCE | STEPHEN M. PRIGNANO<br>Local Associate Counsel |
| | 3649<br>R.I. Bar ID# |
| FAIRFIELD AND WOODS, P.C.<br>Firm Name | EDWARDS ANGELL PALMER & DODGE LLP<br>Firm Name |
| 1700 LINCOLN ST., SUITE 2400<br>Business Address | 2800 FINANCIAL PLAZA<br>Business Address |
| DENVER, CO 80203 | PROVIDENCE, RI 02903 |
| 303-830-2400 (Tel. #) 303-830-1033 (Fax #) | 401-276-6670 (Tel. #) 888-325-9052 (Fax #) |

---

ORDER: This motion is hereby _______________ .

_______________
U.S. District Judge

Date:_______________

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of November, 2005, I caused a true copy of the within Motion for Entry of Appearance Pro Hac Vice to be served by first class mail, postage prepaid, to the following counsel of record:

Michael A. Gamboli, Esq.
Partridge Snow & Hahn LLP
180 South Main Street
Providence, RI 02903-7120