**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| 2ENTWINE, LLC,<br><br>Plaintiff<br><br>v.<br><br>JABBER, INC.<br><br>Defendant | C.A. No. 05-422 ML |

**AFFIDAVIT OF STUART LUCKO IN SUPPORT OF MOTION TO DISMISS**

1. My name is Stuart Lucko. I am over the age of 18 years old and I am fully competent in all respects to make this affidavit.

2. The contents of this affidavit are based upon my personal knowledge.

3. I am the Chief Financial Officer of Jabber, Inc. and I was one of the principle persons from Jabber, Inc. who dealt with the agents and representatives of 2Entwine LLC, and in particular Dudley Carr and Wesley Carr.

4. Dudley Carr and Wesley Carr are the only two individuals from 2Entwine with whom Jabber, Inc. ever had any dealings, other than their father Lanny Carr, although it was made clear to Jabber, Inc. that Lanny Carr was not involved with any decisions on behalf of 2Entwine, LLC but was only used in an advisory role. All negotiations were through Dudley and Wesley Carr and all work was performed by them.

5. Dudley Carr signed all documents on behalf of 2Entwine LLC. Sometimes he would sign as "Manager" and other times he would sign as "Co-founder." As of October 7, 2005, Dudley Carr and Wesley Carr resided in the Premier Lofts at 2200 Market Street, Denver, Colorado, 80205. As of October 7, 2005, Dudley Carr and Wesley Carr lived in Unit 703. On October 31, 2005, they moved out of Unit 703 and moved into Unit 219 at Premier Lofts in Denver, Colorado.

6. Jabber, Inc does not maintain any property in Rhode Island, has no employees in Rhode Island, has no business operations in Rhode Island, and does not have any systematic or continuous contacts with Rhode Island.

7. The contract upon which Plaintiffs have sued was signed in Denver, Colorado. Dudley Carr and Wesley Carr performed certain services for Jabber in Denver, Colorado. Approximately half of the time they performed services for Jabber they were physically present in Jabber's offices at 1899 Wynkoop Street, Denver, Colorado. The other fifty percent of the time they were working in their loft apartment at Premier Lofts at 2200 Market Street, Denver, Colorado.

Further affiant sayeth not.

Stuart Lucko

TARA T. THORNE
NOTARY PUBLIC
STATE OF COLORADO
My Commission Expires 11/10/2007

STATE OF COLORADO )
) ss
City and County of Denver )

Subscribed and sworn to before me this 23rd day of November 2005, by Stuart Lucko.

Witness my hand and official seal.

My commission expires: 11/10/2007.

Notary Public