# I've seen better.

I've also seen worse.



## My general demeanor

*posted 1 year 4 months ago, the wee hours*

*OK, this about page ~~is~~ was hopelessly out of date. For example, I'm not 26 anymore; in fact, I'm closing on 28 pretty darn quickly! Wes and I have run away from Providence, RI to Denver, CO. What else? Our kitty cat pictured above went missing almost a year ago; everyone in the family misses her dearly.*

*Oh yeah, there have also been some equipment changes since this page was first written. Andy sent me his 300D last December when he upgraded to the Canon 20D. That gift pretty much sent me down a dark path of buying a couple of expensive lenses, a 580EX Flash, and then a 20D to top it off. Thankfully, the camera spending is now under control. Unfortunately, the motorcycle spending is quickly out pacing even the wildest spending that had taken place in the photography budget.*

Camera Equipment:
~~Sony DSC-F505V~~
~~Canon EOS 300D~~
~~Cannon EF-S 18-55mm f/4-5.6~~
Canon EF 50mm f/1.8
Canon EF 70-200mm f/4
Canon EF 24-70mm f/2.8
Canon 20D
Some other stuff.

This photoblog belongs to me, Dudley Carr, a "self-employed" ~~26~~ year old living in ~~Providence, Rhode Island.~~ I run a company called 2Entwine, LLC along with Wes who was nice enough to design this photoblog template.

~~The camera used in all of the photographs is a **Sony DSC-F505V.**~~ Aside from a limited battery and a measly 64MB memory stick, the only other accessory I use at this point is a 52mm Quantary circular polarizing filter.

My start with "photography" was pretty much accidental. It was in the Spring of 2001, I decided that I wanted to go see the AMA Superbike race at Sears Raceway north of San Francisco. I was going alone since no one else in Palo Alto seemed interested in motorbikes, so I figured it would be nice to take some pictures.