UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
DEC 08 2005
Property of U.S. District Court
District of Rhode Island

2ENTWINE, LLC,
Plaintiff

v.

C.A. No. 05-422 ML

JABBER, INC.,
Defendant

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(i)**

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(i), Plaintiff 2Entwine, LLC voluntarily dismisses, without prejudice, the above-entitled action.

2ENTWINE, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

Michael A. Gamboli (#4684)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX

DATED: December 8, 2005

Enter: Mary M. Lisi US DJ 12/8/05

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL was sent by first class mail, postage prepaid, on this 8th day of December, 2005 to:

Stephen M. Prignano, Esq.
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903

/s/ [signature]

830909_1